UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-18

```
IN RE PETITION OF REPUBLIC OF      )
KAZAKHSTAN FOR AN ORDER            )
DIRECTING DISCOVERY FROM           )    Misc. Action No. 18-52
STANDARD AMERICAS, INC.            )
PURSUANT TO 28 U.S.C. § 1782.      )
```

### ORDER

Upon consideration of the *ex parte* petition for assistance in aid of foreign proceedings pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by Petitioner Republic of Kazakhstan ("Petitioner"), and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in [to the extent hereinafter set forth and otherwise denied] favor of granting the Petition; and it is further

ORDERED that the Petition is GRANTED, and it is further

ORDERED that Petitioner is granted leave to serve this Order and the subpoena attached to the Petition [Kirtland Declaration] as Exhibit 3 upon Standard Americas, Inc., and is authorized to [apply to the Court for leave to serve] additional subpoenas for the production of documents and/or depositions of Standard Americas, Inc. as Petitioner reasonably deems appropriate and as is consistent with the Federal Rules of Civil Procedure; and it is further

~~ORDERED that Standard Americas, Inc. comply with such subpoena(s) in accordance with, and subject to its rights under the Federal Rules of Civil Procedure and the Rules of this Court.~~

SO ORDERED.

Dated: __March 6__, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDERED, that this order is without prejudice to any objections to the Subpoena as the subpoenaed party may have and without prejudice to any motion to quash that the subpoenaed party may make.

2